ORIGINAL

Christopher C. Hoffman (CA Bar No.:176334)
    choffman@laborlawyers.com
Amie M. Goble (CA Bar No.: 243778)
    agoble@laborlawyers.com
FISHER & PHILLIPS LLP
4225 Executive Square, Suite 950
La Jolla, California 92037
Telephone (858) 597-9600
Facsimile (858) 597-9601

Attorney for Defendant
AMERICAN ENGINEERING SERVICES INC.

FILED
07 DEC 28 AM 10:58
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CONNIE CORN, an individual,

        Plaintiff,

vs.

LA PETITE ACADEMY, INC., a corporation; BRANDY FRYBARGAR, an individual; and DOES 1 to 250, inclusive;

        Defendants.

Case No: '07 CV 2427 J RBB

[Removed from State Court Case No.: 37-2007-00069409-CU-WT-CTL]

**DECLARATION OF IRA YOUNG IN SUPPORT OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF CALIFORNIA**

COMPLAINT FILED: June 29, 2007

I, Ira Young, declare as follows:

1. I am the Vice President, General Counsel and Corporate Secretary for Defendant La Petite Academy, Inc. ("La Petite"). I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2. La Petite's principal place of business is located at 21333 Haggerty Road, Suite 300, Novi, Michigan 48375. The day-to-day management, administrative and executive functions of La Petite are performed out of the Michigan office.

///

---

DECLARATION OF IRA YOUNG

SanDiego 34851.1

1    3.  La Petite is a corporation organized and existing under the laws of the State of Delaware since 1982.

2    4.  La Petite has never been a California corporation. La Petite is simply authorized to transact business in the State of California as a foreign corporation.

I declare under penalty of perjury under the laws of the state of Michigan that the foregoing is true and correct.

Executed this 26th day of December 2007, in Novi, Michigan.

_____
IRA YOUNG

---

2
DECLARATION OF IRA YOUNG

SanDiego 34851.1

# PROOF OF SERVICE
(C.C.P. § 1013(a) and § 2015.5)

STATE OF CALIFORNIA )
) 
COUNTY OF SAN DIEGO )

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action. I am employed with the law offices of Fisher & Phillips LLP and my business address is 4225 Executive Square, Suite 950, La Jolla, California 92037.

On December 27, 2007, I caused the within document(s) entitled: **DECLARATION OF IRA YOUNG IN SUPPORT OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF CALIFORNIA;** to be served on all interested parties in this action by placing [ ] the original / *[X] a true copy* thereof, in a sealed envelope addressed as follows:

Gary Carlin, Esq.  
Brent S. Buchsbaum, Esq.  
Joanne P. Freeman, Esq.  
Carlin & Buchsbaum LP  
555 East Ocean Blvd., Suite 600  
Long Beach, CA 92802  
562/435-1656 fax

Attorneys for Plaintiff  
Connie Corn

[X]   **MAIL** - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at La Jolla, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[ ]   **FAX** - I caused the document(s) listed above to be telefaxed to the aforementioned facsimile number(s).
*The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005(i), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.*

[ ]   **BY PERSONAL SERVICE** - Such envelope(s) were delivered by hand to the individuals listed above.

[ ]   **STATE** - I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]   **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 27, 2007, at La Jolla, California.

*/s/ Marcie Hawkins*  
Marcie Hawkins