**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

CORN v. LA PETITE ACADEMY                    Case No. 07cv2427 J(RBB)
                                                  **Time Spent:** _

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE              Rptr.

                              Attorneys
          Plaintiffs                      Defendants

Gary Carlin                        Christopher Hoffman
_____              _____
_____              _____

PROCEEDINGS:   _____  In Chambers   _____   In Court   _____  Telephonic

Defendant filed a Notice of Removal [doc. no. 1] on December 28, 2007.
Defendant failed to attach the Answer filed in state court to the Notice of
Removal.

Defendant shall file a supplement to the Notice of Removal including the
Answer filed in state court no later than September 23, 2008.

DATE:  September 16, 2008        IT IS SO ORDERED:

                                    Ruben B. Brooks,
                                    U.S. Magistrate Judge
cc: Judge Jones                  INITIALS:  VL (mg/irc)  Deputy
    All Parties of Record